UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 13 CV 4960

REGINALD ADAE HAMMOND II

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

-against-

(1) " NYTOYA DIOR WILSON "
(1) " DEEDEE " BERNARD " "
     FED-EX
     MYSPACE, HBCU CONNECT, BLACKPLANET
     FACEBOOK
     YAHOO
(5) " COWYN GUSTAVE "
(3) " CAYCE J. THOMAS " / " CAYCE J. STRONG "
(6) " KACEY FLANIGAN "
(4) " SHAWNDY RAY WARD "

Jury Trial:  ☒ Yes   ☐ No
(check one)

RECEIVED
JUL 12 2013
PRO SE OFFICE

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.   Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name  Reginald Adae Hammond II
             Street Address  P.O. Box 386
             County, City  " NASSAU " , LEVITTOWN
             State & Zip Code  NEW YORK , 11756
             Telephone Number  516-770-2673

B.   List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name  " NYTOYA DIOR WILSON "
                   Street Address  ?

*Rev. 05/2010*

County, City _"CHICAGO / ALABAMA / ATLANTA"_
State & Zip Code _ILLINOIS, "ALABAMA COLLEGE", GA_
Telephone Number _———   "708-415-4045?"_

Defendant No. 2    Name _"DEEDEE" "BERNARD" / "BARBER"_
Street Address _?_
County, City _MILLEDGEVILLE, ?_
State & Zip Code _GA, CALIFORNIA_
Telephone Number _?_

Defendant No. 3    Name _"CAYCE J. STRONG" - "THOMAS"_
Street Address _———_
County, City _GA LAST KNOWN: CLAYTON, COLLEGE PARK_
State & Zip Code _GA_
Telephone Number _LAST KNOWN: 770-377-8943_

Defendant No. 4    Name _"SHAWNDY RAY WARD"_
Street Address _MACY'S HAS IT_
County, City _____
State & Zip Code _GA_
Telephone Number _? ON TELEPHONE NUMBER  502-500-0067_

II.    **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions          ☒ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _GERM WARFARE_

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _NEW YORK_
Defendant(s) state(s) of citizenship _NO "I.D." KNOWN OR SEEN._

III.    **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? GA – "NORTH CAROLINA" – BOSTON

B. What date and approximate time did the events giving rise to your claim(s) occur? 2003-2012

C. Facts: BASIS OF REMOVAL OF JUDGE'S DECISION. YET UNKNOWN CASES THAT COULD POTENTIALLY BE ARBITRATED BASED ON KNOWN CONTRACT. "LAWSUIT PENDING" YET U of L, WHEN SENT BY OWN ACCORD, ASK THEM IF ANYTHING IN BLOOD STREAM PRESENT THAT SHOULDN'T BE, U of L STATED NO YET UPON EVALUATION, PSYCHE "FOOD" & VIDEO WILL STATE OTHERWISE. HIPAA IS AT QUESTION. CENTRAL STATE ALSO FOLLOWED WITH FOOD AND VIDEO. YET MS. (MSTAVE) ADDED SUFFERING WITH SHANNODY DELIBERATELY FOLLOWING SUIT WITH "DEEDEE, NYTOYA, CAYCE, & KACEY" McDONALD'S CONTRACT WAS PRESENTED AT U of L HOSPITAL, YET "ASHLEY – ATLIEN – ON BLACKPLANET" SEEMED TO KNOW SOMETHING PERTAINING TO CASE." AND PERTAINING TO CONTRACT "TARA CLOMER" FOLLOWED SUIT WITH NYTOYA WILSON. YET "BRUCE MORRIS" WAS ASSOCIATED WITH "JEFFERY CINEUS" AND "SHANHYIAN SMITH" KNOWS THE CASE AS WELL ALONG WITH "LEE STAGATA JR."

[What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?]

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. PSYCHE EVALUATION, OVER-MEDICATED, PIGMENT REMOVAL.

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _PAIN & SUFFERING;_

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of _____, 20___.

Signature of Plaintiff  _____

Mailing Address  _____

_____

Telephone Number  _____

Fax Number *(if you have one)*  _____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20___, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:  _____

Inmate Number  _____

*Rev. 05/2010*